**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-7857**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

LORENE CHITTENDEN,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:12-cr-00394-LO-4; 1:19-cv-00972-LO)

_____

Submitted:  July 27, 2021                    Decided:  August 10, 2021

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Brandon Creighton Sample, BRANDON SAMPLE, PLC, Washington, D.C., for Appellant.  Daniel Taylor Young, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorene Chittenden seeks to appeal the district court's order denying relief on her 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Chittenden has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Chittenden's motion to determine this court's continuing jurisdiction on the ground that Chittenden has served her full sentence,[*] and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Chittenden was on supervised release when she filed her § 2255 motion, and she challenged the validity of her conviction, so her subsequent completion of supervised release does not render this appeal moot. *See Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998); *United States v. Swaby*, 855 F.3d 233, 238-39 (4th Cir. 2017).